# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1368

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Dwayne Duncan, also known as | * | |
| Dewayne Steven Duncan, also | * | [UNPUBLISHED] |
| known as Dewayne D. Duncan, also | * | |
| known as Dewayne Steven Duncan, | * | |
| also known as Dewayne Steveson | * | |
| Duncan, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: October 2, 2003
Filed: October 14, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Dwayne Duncan challenges the sentence the district court[1] imposed after he pleaded guilty to failing to disclose an event affecting his continued right to Social Security benefits, in violation of 42 U.S.C. § 408(a). The district court sentenced him

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

to 13 months imprisonment and 3 years supervised release. On appeal, Duncan's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the district court should have imposed a more lenient sentence.

To the extent counsel argues the district court should have departed downward from the Guidelines range to impose probation, the court's discretionary decision not to depart is unreviewable, see United States v. VanHouten, 307 F.3d 693, 696 (8th Cir. 2002); and to the extent counsel argues the district court should have imposed a more lenient sentence within the applicable Guidelines range, that argument is unreviewable as well, see United States v. Garrido, 38 F.3d 981, 986 (8th Cir. 1994).

Following our independent review of the record, see Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no other nonfrivolous issues. Accordingly, the judgment is affirmed. We also grant counsel's motion to withdraw.

_____